# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X

UNITED STATES OF AMERICA                      :

  - v -                                        :          DECLARATION

CELAMOUR BERUS                                :
                                              14 CR 199 (ARR)

    Defendant.:                               :
----------------------------------------------------X

I, CELAMOUR BERUS, declare under penalty of perjury, pursuant to 28 U.S.C. §

1746, that the following is true and correct:

1) On April 10, 2014 I was asleep at my home located at 14012 Marissa Street, Springfield Gardens, NY 11413.

2) I was awoken by the sound of loud banging at my front door.

3) When I went to the front door I was met by a group of IRS agents who informed me that I was under arrest.

4) I was placed into the vehicle of one of the agents that was parked outside of my home. Two agents were present in the car with me as we drove to another location.

5) While in the vehicle and in the custody of the agents they asked me questions about my tax business, tax returns that I had previously prepared for clients and tax returns that I had previously prepared for myself. I answered their questions.

6) I do not recall ever being told by agents at any time that I had the right to remain silent or that I had the right to have a lawyer present while I was questioned.

7) I also do not recall knowing that I had those rights before or during the time that agents questioned me and I did not believe that I could choose not to speak with the agents or stop answering their questions.

1

MAR-13-2015  12:35        FED DEF/EDNY                          718 855 0760      P.003

DATED:     BROOKLYN, N.Y.
           March 13, 2015

Celamour Berus

2

MAR-13-2015  12:35        FED DEF/EDNY                          718 855 0760      P.003